Kenneth R Wharton
13192 West Creosote Drive
Peoria, Arizona 85383
Kennyrwharton7@yahoo.com

In Pro Se

```
             FILED      LODGED
             RECEIVED   COPY

             DEC 10 2014

       CLERK U S DISTRICT COURT
          DISTRICT OF ARIZONA
       BY                 DEPUTY
```

**FILE ON DEMAND**
**FOR THE RECORD**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Case No. CV-14-02661-PHX-GMS

**Kenneth R. Wharton**, an individual,

　　　　Plaintiff,

vs.

**R M GALICIA, INC, DBA PROGRESSIVE MANAGEMENT SYSTEMS**, a corporation,

　　　　Defendant(s).

**VERIFIED COMPLAINT FOR RELIEF**

**TRIAL BY JURY DEMANDED**

### COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT AND THE FAIR DEBT COLLECTION PRACTICES ACT

### NATURE OF THE ACTION

1.　This is a complaint for money damages.

2.　Defendant has violated the Telephone Consumer Protection Act ("TCPA").

3.　Defendant has willfully and knowingly violated the Telephone Consumer Protection Act ("TCPA").

4.　Defendant has violated the Fair Debt Collection Practices Act ("FDCPA").

## PARTIES

5. The Plaintiff in this lawsuit is Kenneth R. Wharton, a natural person. Plaintiff is a consumer and a citizen of Maricopa County, Arizona.

6. The Defendant in this lawsuit is R M GALICIA, INC, doing business as Progressive Management Systems, ("RMG"), a debt collection company with offices at 1521 West Cameron Avenue, 1st Floor, West Covina, California, 91790, and doing business in Arizona.

## JURISDICTION AND VENUE

7. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3), 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1331.

8. All conditions precedent to the bringing of this action have been performed.

9. Venue is proper pursuant to 28 U.S.C. §1391(b). Venue in this District is proper in that Plaintiff resides here, Defendant engages in and transacts business here, and all of the conduct and events complained of occurred here.

## BACKGROUND

10. On or about 5-November-2008, Plaintiff registered Plaintiff's phone number on the National Do Not Call Registry. (Exhibit "A")

11. On or about 5-August-2014, through approximately 31-October-2014, Defendant called the Plaintiff's wireless cellular phone number 623-341-4881 (Exhibit "B"), on a minimum of seven (7) occasions, from phone numbers identified as 866-767-3643,

(Exhibit "C"), which is a number known to be used by RMG in their debt collection operations.

12. RMG called Plaintiff's wireless phone without Plaintiff's consent, express or otherwise, or for emergency purposes.

13. All calls made by Defendant were made with automatic telephone dialing system (ATDS) capable equipment to Plaintiff's wireless phone.

14. Defendant called at times that were inconvenient for Plaintiff to answer the call due to work and family commitments.

15. Plaintiff has never had any business relationship with Defendant at any time and has never given RMG his express consent to call his wireless phone.

16. Plaintiff has attempted to settle this matter privately, however, Defendant has not responded to Plaintiff's writings dated November 5, 2014 and November 28, 2014 Defendant received November 7, 2014 and December 1, 2014, respectively.

## CAUSES OF ACTION

### COUNT I
### VIOLATIONS OF THE TELEPHONE
### CONSUMER PROTECTION ACT 47 U.S.C. §227(b)(1)

17. Plaintiff alleges and incorporates the information in paragraphs 1 through 16.

18. Defendant has violated the TCPA at 47 U.S.C. §227(b)(1) by using an automatic telephone dialing system ("ATDS") that has the capacity to store or produce telephone numbers as described at 47 USC § 227(a)(1) to call the Plaintiff's wireless phone.

19. Defendant has further exhibited non-compliance with the TCPA by calling the Plaintiff's phone number, which is assigned to a wireless telephone service contrary to 47 U.S.C. §227(b)(1)(A)(iii) which states in part;

(1) PROHIBITIONS.—it shall be unlawful for any person within the United States or any person outside the United States if the recipient is within the United States—

(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—

(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call;

WHEREFORE, Plaintiff prays for relief and judgment as follows:

a. Adjudging that RMG violated the TCPA at 47 U.S.C. § 227.

b. Awarding Plaintiff statutory damages pursuant to 47 U.S.C. § 227 (b)(3)(B) of $500 for each call made to the Plaintiff's wireless phone;

c. Awarding Plaintiff any fees and costs incurred in this action;

d. Awarding such other and further relief as the Court may deem just and proper pursuant to the discretion allowed at 47 U.S.C. § 227 (b)(3), *including treble damages*, or otherwise.

## COUNT II

**DEFENDANT'S WILLFUL OR KNOWING VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C. §227(c)(3) AND 47 U.S.C. §227(c)(5)**

20. Plaintiff alleges and incorporates the information in paragraphs 1 through 19.

21. Plaintiff's phone number has been registered on the National Do Not Call Registry since 5-November-2008, more than 30 days prior to Defendant's first violation.

22. Defendant, a debt collector, regularly contacts consumers via mail services and telephone.

23. Defendant, a debt collector, is familiar with consumer protection laws, including the TCPA.

24. Defendant called the Plaintiff's cellular phone on a minimum of seven (7) occasions, contrary to 47 U.S.C. § 227(c)(3)(F), clearly establishing willful and knowing violations of the TCPA.

25. Defendant further demonstrated willful or knowing behavior, bypassing or ignoring information readily available to businesses on the National Do Not Call Registry.

26. Defendants actions clearly demonstrated willful or knowing non-compliance with 47 U.S.C. §227(c)(5) by calling the Plaintiff's phone number, more than once during a 12 month period as described in .

27. Plaintiff brings forth this action pursuant to 47 U.S.C. §227(c)(5) which states in part:

(5) PRIVATE RIGHT OF ACTION.—A person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may, if otherwise permitted by the laws or rules of court of a State bring in an appropriate court of that State—

(A) an action based on a violation of the regulations prescribed under this subsection to enjoin such violation,

(B) an action to recover for actual monetary loss from such a violation, or to receive up to $500 in damages for each such violation, whichever is greater, or

(C) both such actions.

(and) "…If the court finds that the defendant willfully or knowingly violated the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph."

WHEREFORE, Plaintiff prays for relief and judgment as follows:

 e. Adjudging that RMG violated the TCPA at 47 U.S.C. § 227.

 f. Awarding Plaintiff statutory damages pursuant to 47 U.S.C. § 227(c)(5) of $500 for each and every call following the first call made to the Plaintiff's wireless phone as knowing and/or willful violations as described at 47 U.S.C. §227(c)(5);

 g. Awarding Plaintiff any fees and costs incurred in this action;

 h. Awarding such other and further relief as the Court may deem just and proper pursuant to the discretion allowed at 47 U.S.C. § (c)(5), *including treble damages*, or otherwise.

## COUNT III
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692(d)

28. Defendant caused Plaintiff's phone to ring on numerous occasions, therefore, violating the FDCPA at 15 U.S.C. § 1692 (d)(5).

29. Defendant repeatedly placed telephone calls to Plaintiff without disclosing his/her identity, therefore violating the FDCPA at 15 U.S.C. § 1692 d(6).

WHEREFORE, Plaintiff prays for relief and judgment as follows:

 a. Adjudging that RMG violated the FDCPA.

 b. Awarding Plaintiff statutory damages pursuant to 15 U.S.C. § 1692k, in the amount of $1000;

 c. Awarding Plaintiff any fees and costs incurred in this action;

    d. Awarding such other and further relief as the Court may deem just and proper

## CONCLUSION

Plaintiff seeks monetary damages for violations of the TCPA in the amount of the statutory minimums, $6,500.00. However, should the Court at its' discretion determine willful and knowing behavior of the Defendant regarding TCPA violations, Plaintiff seeks treble damages. Plaintiff further seeks minimum statutory damages of $1000 for FDCPA violations.

## RESERVATION OF RIGHTS

Plaintiff reserves all rights for actual damages that have occurred or that discovery may bear as witness, including but not limited to, Defendant's telephone system records which may reveal additional unauthorized calls and repeat violations made by Defendant to Plaintiff's phone. All Rights Reserved.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully Submitted,

*[signature]*

Kenneth R. Wharton, Plaintiff
In Pro Se

## VERIFICATION

I, the undersigned, hereby Attest and Declare:

I am the Plaintiff in the foregoing document entitled, VERIFIED COMPLAINT FOR RELIEF.

I have read and know the contents thereof and certify that the matters stated therein are facts of my own knowledge, except as to those matters, which are therein stated upon my information or belief, and as to those matters I believe them to be correct.

I declare under the penalty of perjury of the Laws of Arizona, that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this verification is executed in _Glendale_, Arizona and is dated this _Ninth_ day of the twelfth month, two thousand and fourteen, in the two hundred thirty-seventh year of the Independence of Republic for the united States of America.

Kenneth R Wharton, Plaintiff

The above named Affiant appeared before me, a Notary, subscribed, sworn under oath this _9th_ day of _December_ 2014.

Notary

My commission expires: _3-18-17_



OFFICIAL SEAL
JANE ARMSTRONG
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 18, 2017

Page 8 of 8
PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF
Wharton v. R M GALICIA, INC, et al

# Exhibit "A"

Jim Bonham
___

| | |
|---|---|
| **From:** | Verify@DonotCall.gov |
| **Sent:** | Monday, December 08, 2014 10:30 AM |
| **To:** | |
| **Subject:** | National Do Not Call Registry - Your Registration Is Confirmed |

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 4881 on November 05, 2008. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

*********************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

1

# Exhibit "B"

**Progressive Mgt Debt Collector**
(866) 767-9643 / Mobile

**10/24/2014**
09:59
Missed

**09/26/2014**
12:08
Missed

**09/19/2014**
10:02
Missed

**09/28/2014**
12:13
Missed

**08/13/2014**
09:50
Missed

**08/05/2014**
15:36
Missed



# Exhibit "C"

**verizon**wireless
PO BOX 4005
ACWORTH, GA 30101-9006

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| www.vzw.com | ███████████ | 12/10/14 |
| Change your address at vzw.com/changeaddress | Invoice Number | ███████ |

## Quick Bill Summary        Oct 16 – Nov 15

KEYLINE
‖‖·‖·‖··‖‖‖‖··‖‖‖‖··‖‖··‖·‖··‖‖‖···‖··‖‖
KENNETH WHARTON
13192 W CREOSOTE DR
PEORIA, AZ 85383-7840

| | |
|---|---|
| Previous Balance *(see back for details)* | $███ |
| Payment – Thank You | -$███ |
| **Balance Forward** | $.00 |
| Monthly Charges | $███ |
| Verizon Wireless' Surcharges and Other Charges & Credits | $███ |
| Taxes, Governmental Surcharges & Fees | $.00 |
| **Total Current Charges** | $███ |

**Total Charges Due by December 10, 2014**          $███

### Verizon Wireless News
**Celebrate The Holidays**
Unwrap more value and more fun this season with wireless gifts from Verizon Ô all powered by America's largest 4G LTE Network. Visit go.vzw.com/holiday.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

---

**verizon**wireless                                                                 VW

KENNETH WHARTON
13192 W CREOSOTE DR
PEORIA, AZ 85383-7840

Bill Date          November 15, 2014
Account Number
Invoice Number         

**Total Amount Due by December 10, 2014**

Make check payable to Verizon Wireless.
Please return this remit slip with payment.            

$☐☐☐.☐☐

PO BOX 660108
DALLAS, TX 75266-0108

‖··‖·‖·‖··‖·‖·‖‖··‖‖··‖‖·‖·····‖‖‖‖··‖··‖·‖·‖·‖

☐  Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.

13440 ████ 10871 ████████ 0000100000 ███████ 00000 ████



NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1-866-544-0401.



| | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|



Summary for Kenneth Wharton: 623-341-4881

## Your Plan

**MORE EVERY UNL TLK&TXT 2GB**
(see pg 3)

Have more questions about your charges? Get details for usage charges at www.vzw.com, Sign into My Verizon to View Online Bill and click on Calls, Messages & Data.

## Monthly Charges

| | | |
|---|---|---|
| Smartphone Line Access | 11/16 – 12/15 |  |
| | | $ |

## Usage and Purchase Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| | minutes | unlimited | | -- | -- |
| | minutes | unlimited | | -- | -- |
| | minutes | unlimited | | -- | -- |
| Total Voice | | | | | $.00 |

**Messaging**

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Text, Picture & Video | messages | unlimited | | -- | -- |
| Total Messaging | | | | | $.00 |

**Data**

**Unbilled Usage from Previous Months**
(Data usage is applied against any remaining allowance for the month in which the usage occurred.)

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Gigabyte Usage | gigabytes | | .004 | -- | -- |
| **Current Data Usage** | | | | | |
| Gigabyte Usage | gigabytes | 2.000 (shared) | .979 | -- | -- |
| Total Data | | | | | $.00 |
| **Total Usage and Purchase Charges** | | | | | $.00 |

**Verizon Wireless' Surcharges+**

Fed Universal Service Charge
Regulatory Charge
Administrative Charge
AZ State 911 Fee
Maricopa Cnty Trn Priv Sur Tel
AZ Trans Priv Sur on Tele

$

**Total Current Charges for 623-341-4881**  $

+Percentage-based taxes, fees, and surcharges apply to charges for this line, including overage charges, plus this line's share of account charges.