THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE 1R CW 5-M
(Rule Number/Section)

Kenneth R Wharton
13192 West Creosote Drive
Peoria, Arizona 85383
Kennyrwharton7@yahoo.com

In Pro Se

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 1 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

FILE ON DEMAND
FOR THE RECORD

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Kenneth R. Wharton**, an individual, | Case No. CV-14-02661-PHX-GMS |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL |
| **R M GALICIA, INC, DBA PROGRESSIVE MANAGEMENT SYSTEMS**, a corporation, | PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| Defendant(s). | |

NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Kenneth R. Wharton, hereby gives notice that the above captioned action is dismissed with prejudice against the Defendant(s).

Date: March 24, 2014

By: _____
Kenneth R. Wharton
*In pro se*

Page 1 of 1
**NOTICE OF DISMISSAL**
Wharton v. R M GALICIA, INC., et al

# CERTIFICATE OF SERVICE

This is to certify that an original and copy of PLAINTIFF'S NOTICE OF DISMISSAL has been sent to the following:

**ORIGINAL** and **COPY** of the foregoing
<u>Mailed and filed with the Clerk of the Court</u>:

Brian D. Karth, Clerk of the Court
401 W Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

**COPY** <u>mailed</u> to:

SESSIONS. FISHMAN, NATHAN & ISRAEL, L.L.P.
Attn: Damian P. Richard, Esq. (#028477)
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426

<u>Sent via</u> United States Postal Service® First-Class Mail®.

Dated: March 24, 2015

By: _____

CERTIFICATE OF SERVICE