1
2
3
4
5
6              **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE DISTRICT OF ARIZONA**

8

9   Kenneth R. Wharton,                         No. CV-14-02661-PHX-GMS

10                       Plaintiff,              **ORDER**

11  v.

12  R M Galicia Incorporated,

13                      Defendant.

14

15         Pending before the Court is Plaintiff's Notice of Dismissal which has been

16  docketed as a Motion to Dismiss (Doc. 16).  No response and/or objections having been

17  filed by Defendant,

18         **IT IS HEREBY ORDERED** granting Plaintiff's Motion to Dismiss (Doc. 16)

19  and directing the Clerk of Court to terminate this action with prejudice.

20         Dated this 22nd day of April, 2015.

21

22         _____
           Honorable G. Murray Snow
23         United States District Judge

24
25
26
27
28